SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREG S. LABATE, Cal. Bar No. 149918
glabate@sheppardmullin.com
TYLER Z. BERNSTEIN, Cal. Bar No. 296496
tbernstein@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants
SHERATON OPERATING CORPORATION
And MARRIOTT INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>SHERATON OPERATING CORPORATION, a Delaware corporation; MARRIOTT INTERNATIONAL, INC.; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 2:20-cv-03608<br><br>[Los Angeles Superior Court Case No. 20STCV10394]<br><br>[State Court Complaint Filed: March 13, 2020]<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

Pursuant to United States District Court for the Central District of California Local Rule 83-1.4, counsel for Defendants SHERATON OPERATING CORPORATION and MARRIOTT INTERNATIONAL, INC. ("Defendants") hereby aver that:

1.   Defendants believe the current action filed by Plaintiff DAISY ALVAREZ ("Plaintiff") involves all or a material part of the subject matter of the action entitled Guadalupe Sosa; Sandra Aragon Gamero v. Marriott International, Inc., et al., Santa Clara Superior Court Case No. 18CV335342 ("the Sosa action"). In the Sosa action, filed on September 21, 2018, the plaintiffs seek to certify a proposed class of all current and former non-exempt housekeepers who worked at non-unionized Marriott hotels in California since September 21, 2014. The defendants in the Sosa action include Marriott International, Inc., which is a defendant in the instant action. The plaintiffs in the Sosa action allege that Defendant Marriott International, Inc. failed to provide compliant rest periods, failed to provide accurate wage statements, failed to timely pay final wages, failed to maintain payroll records, and seek penalties under the Private Attorney General Act ("PAGA"). Here, Plaintiff seeks to certify a class of all current and former, non-exempt, hourly paid housekeepers who allegedly worked for Defendants in California since February 5, 2015. Plaintiff alleges that Defendants failed to compensate for all hours worked, failed to pay overtime, failed to provide compliant meal and rest periods, failed to timely pay wages upon termination, failed to provide accurate itemized wage statements, and seeks PAGA penalties. Therefore, the instant action involves a material part of the subject matter of the Sosa action. The group of employees Plaintiff seeks to represent here overlaps with the proposed class of employees the plaintiffs in the Sosa action seek to represent, and most of the claims pursued by Plaintiff in the instant lawsuit are subsumed by the claims asserted in the Sosa action, or vice versa.

    a) Counsel for the plaintiffs in the <u>Sosa</u> matter are Daniel R. Weltin of The Law Offices of Daniel Weltin, P.C.; 777 Davis Street, Suite 146, San Leandro, California 94577; Telephone (510) 856-4421; Facsimile (510) 856-3624; Todd Jackson and Andrea Obando of Feinberg, Jackson, Worthman & Wasow LLP; 2030 Addison St., Suite 500, Berkeley, California 94704; Telephone (510) 269-7998; Facsimile (510) 269-7994.

    b) Counsel for the defendants in the <u>Sosa</u> matter are Greg S. Labate, and Tyler Z. Bernstein of Sheppard, Mullin, Richter & Hampton LLP; 650 Town Center Drive, 10th Floor; Costa Mesa, California 92626-1993; Telephone: (714) 513-5100; Facsimile (714) 513-5130; Hilary A. Habib of Sheppard, Mullin, Richter & Hampton LLP; 333 South Hope Street, 43rd Floor; Los Angeles, California 90071-1422; Telephone (213) 620-1780; Facsimile (213) 620-1398.

Dated:  April 20, 2020

    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

    By _____
         GREG S. LABATE
         TYLER Z. BERNSTEIN
         Attorneys for Defendants
    SHERATON OPERATING CORPORATION and MARRIOTT INTERNATIONAL, INC.